UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FREDY MENCIA,

Petitioner,

v.

ROBERT LYNCH et al.,

Respondents.

Case No. 1:26-cv-3071

Honorable Paul L. Maloney

**ORDER**

Petitioner, a United States Immigration and Customs Enforcement (ICE) detainee currently detained at the North Lake Processing Center located in Baldwin, Lake County, Michigan, initiated this action by filing a counseled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Pet., ECF No. 1.) In an order entered on October 28, 2026, the Court directed Respondents to show cause, within three business days, why the writ of habeas corpus and other relief requested by Petitioner should not be granted. (Order, ECF No. 3.)

Respondents filed their response on November 12, 2026, (ECF No. 5.) Though Respondents first indicated Petitioner's detention was governed by § 1231, (ECF No. 4), Respondents conceded in their response that Petitioner's detention is governed by § 1226(a), (ECF No. 5.) On November 2, 2026, the Department of Homeland Security (DHS) served Petitioner with a Form I-286, Notice of Custody Determination, informing him of his detention under §1226(a). (ECF No. 5-1, PageID.23.) Petitioner requested a bond hearing. (*Id.*) On November 9, 2026, DHS filed Petitioner's request for a bond hearing with the Detroit Immigration Court; the hearing date has not yet been set. (Resp., ECF No. 6, PageID.21.)

Under these circumstances, the Court finds that more information is needed regarding whether a bond hearing has been scheduled for Petitioner and, if not, the specific timeline in which Respondents expect a bond hearing to be scheduled.

Accordingly,

**IT IS ORDERED** that, within three business days, Respondents shall file a written response indicating whether Petitioner has had a bond hearing conducted or scheduled and, if not, the specific timeline in which Respondents expect a bond hearing to be scheduled.

Dated: November 24, 2026

/s/ Paul L. Maloney
Paul L. Maloney
United States District Judge